KENNY, SNOWDEN & NORINE
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608

(530) 225-8990
(530) 225-8944

KELLY J. SNOWDEN, SBN: 166055
LINDA R. SCHAAP, SBN: 171945

Attorneys for Defendant
DIGNITY HEALTH, fka CATHOLIC
HEALTHCARE WEST, dba ST. ELIZABETH
COMMUNITY HOSPITAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA COSTA, guardian ad litem for EMILY ROSE COSTA, and WILLIAM JOSEPH COSTA JR., son and daughter of WILLIAM JOSEPH COSTA, deceased, | CASE NO. 2:11-CV-03401-JAM-JFM |
| Plaintiffs, | ORDER EXTENDING TIME |
| vs. | |
| TEHAMA COUNTY, TEHAMA COUNTY SHERIFF'S DEPARTMENT, ST. ELIZABETH COMMUNITY HOSPITAL, et al. | |
| Defendants. | |

IT IS HEREBY ORDERED, pursuant to Local Rule 144(a), and pursuant to stipulation of the parties, that the time for defendant DIGNITY HEALTH, fka CATHOLIC HEALTHCARE WEST, dba ST. ELIZABETH COMMUNITY HOSPITAL to respond to Plaintiffs' complaint shall be extended by a period of twenty-eight (28) days.

Stipulation of Extension of Time

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

2

3

4
   Dated:  2/15/2012
5

6                                          /s/ John A. Mendez
                                           U. S. District Court Judge
7  8040/138106

8

KENNY, SNOWDEN &
NORINE
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608

2

Stipulation of Extension of Time

PDF created with pdfFactory trial version www.pdffactory.com

RE: *Costa v. St. Elizabeth Community Hospital, et al..*
United Stated District Court Case No.: 2:10-CV-03401-JAM-JFM

PROOF OF SERVICE

I am employed in the County of Shasta, State of California, I am over the age of eighteen years and not a party to the foregoing action, my business address is 2701 Park Marina Drive, Redding, California 96001-2805.

I am familiar with this company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the City of Redding, California, after the close of the day's business. On the date shown below, I served,

__X__   on the parties in said action, by placing a true copy thereof in a sealed envelope with postage fully prepaid thereon, and placing said envelope in the area designated for outgoing daily mail, addressed as follows:

Russell S. Humphrey, Esq.
Humphrey Law Group
1420 S. Mills Ave., Suite H
Lodi, CA 95242
209-625-8976
Fax: 209-625-8673

____   **BY FACSIMILE:** I caused the document to be transmitted by facsimile machine in compliance with Rule 2003 of the California Rules of Court to the offices of the addresses at the FAX numbers shown on the service list:

____   **BY PERSONALLY DELIVERING** a true copy thereof to the person(s) at the address(es) set forth.

I declare under penalty of perjury that the foregoing is true and correct. Executed February _____, 2012, at Redding, California.

_____
STACEY WOODARD

KENNY, SNOWDEN & NORINE
A LAW CORPORATION
P.O. BOX 994608
REDDING, CA 96099-4608

3

Stipulation of Extension of Time

PDF created with pdfFactory trial version www.pdffactory.com