| | |
|---|---|
| 1 | James A. Curtis, Bar No. 70538 |
| | Email:  jcurtis@nccn.et |
| 2 | [Counsel for Service] |
| | Christian M. Curtis, Bar No. 270918 |
| 3 | Email:  christianmcurtis@gmail.com |
| | SHINE COMPTON, APC |
| 4 | 131 South Auburn Street, Suite 203 |
| | Grass Valley, California 95945-6501 |
| 5 | Telephone: (530) 272-3132 |
| | Fax: (530) 272-3146 |

Attorneys for Defendants
CHRISTOPHER BENSON, CLAYTON BENNETT, YVETTE BORDEN, WESLEY HAWKINS, DAVID HENCRATT, TERI JONES, DANNY RABALAIS, PATRICIA SPIDLE, IX'CHEL WILKINSON, & COUNTY OF TEHAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. COSTA, guardian ad litem for EMILY ROSE COSTA, and WILLIAM JOSEPH COSTA JR., son and daughter of WILLIAM JOSEPH COSTA, deceased, | CASE NO. 2:11-cv-03401-JAM-JFM |
| Plaintiff, | **ORDER EXTENDING TIME** |
| vs. | |
| TEHAMA COUNTY, TEHAMA COUNTY SHERIFF'S DEPARTMENT, ST. ELIZABETH COMMUNITY HOSPITAL, et al. | |
| Defendants. | |

IT IS HEREBY ORDERED, pursuant to Local Rule 144(a) and pursuant to stipulation of the parties, that the time for defendants CHRISTOPHER BENSON, CLAYTON BENNETT, YVETTE BORDEN, WESLEY HAWKINS, DAVID HENCRATT, TERI JONES, DANNY RABALAIS, PATRICIA SPIDLE, IX'CHEL WILKINSON, COUNTY OF TEHAMA, and TEHAMA COUNTY SHERIFF'S DEPARTMENT to respond the Plaintiffs' complaint shall be extended by a period of twenty-one (21) days.

1  IT IS SO ORDERED,

2

3  DATED: 2/16/2012

4                                                         /s/ John A. Mendez

5                                                         U. S. District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28