RUSSELL S. HUMPHREY, SBN 208744
HUMPHREY LAW GROUP
1420 S. Mills Avenue, Suite H
Lodi, CA 95242
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: russell@humphreylawgroup.net

Attorney for Plaintiffs
BARBARA A. COSTA, guardian ad litem for
EMILY ROSE COSTA and
WILLIAM JOSEPH COSTA, JR.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. COSTA, guardian ad litem for EMILY ROSE COSTA, and WILLIAM JOSEPH COSTA JR., son and daughter of WILLIAM JOSEPH COSTA, deceased,<br><br>Plaintiff,<br><br>v.<br><br>TEHAMA COUNTY, TEHAMA COUNTY SHERIFF'S DEPARTMENT, ST. ELIZABETH COMMUNITY HOSPITAL, et al.<br>Defendants. | Case No. 2:11-cv-03401-JAM-JFM<br><br>**STIPULATED DISMISSAL OF DEFENDANT ST. ELIZABETH COMMUNITY HOSPITAL and ORDER**<br><br>Complaint Filed: March 13, 2012<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Barbara Costa, and Defendant, St. Elizabeth Community Hospital, by and through their designated Counsel of record (Russell S. Humphrey and Linda R. Schaap) that Defendant (St. Elizabeth Community Hospital) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41(a)(2). This case is to remain open with remaining Defendants. Defendant (St. Elizabeth Community Hospital) is dismissed because Plaintiff and this Defendant have settled their dispute.

Date: April 4, 2012

/s/ Russell S. Humphrey
By: Russell S. Humphrey
Attorney for Plaintiffs,

Barbara Costa, Emily Rose Costa and
William Joseph Costa, Jr.

Date: April 4, 2012  KENNY SNOWDEN & NORINE

/s/ Linda R. Schapp
By: Linda R. Schaap
Attorney for Defendant
St. Elizabeth Community Hospital

**O R D E R**

**IT IS SO ORDERED**

Dated: April 5, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

Barbara Costa v. Tehama County, et al.
Stipulated Dismissal and Proposed Order  2