James A. Curtis, Bar No. 70538
Email:  jcurtis@nccn.et
[Counsel for Service]
Christian M. Curtis, Bar No. 270918
Email:  christianmcurtis@gmail.com
SHINE COMPTON, APC
131 South Auburn Street, Suite 203
Grass Valley, California 95945-6501
Telephone: (530) 272-3132
Fax: (530) 272-3146

Attorneys for Defendants
CHRISTOPHER BENSON, CLAYTON BENNETT, YVETTE BORDEN, WESLEY HAWKINS, DAVID HENCRATT, TERI JONES, DANNY RABALAIS, PATRICIA SPIDLE, IX'CHEL WILKINSON, & COUNTY OF TEHAMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. COSTA, guardian ad litem for EMILY ROSE COSTA, and WILLIAM JOSEPH COSTA JR., son and daughter of WILLIAM JOSEPH COSTA, deceased,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TEHAMA COUNTY, TEHAMA COUNTY SHERIFF'S DEPARTMENT, ST. ELIZABETH COMMUNITY HOSPITAL, et al.<br>　　　　　　Defendants. | Case No. 2:11-cv-03401-JAM-JFM<br><br>**ORDER DISMISSING PLAINTIFFS' COMPLAINT [DOCKET #1] AND GRANTNG LEAVE TO AMEND** |

The Amended Motion to Dismiss of Defendants CHRISTOPHER BENSON, CLAYTON BENNETT, YVETTE BORDEN, WESLEY HAWKINS, DAVID HENCRATT, TERI JONES, DANNY RABALAIS, PATRICIA SPIDLE, IX'CHEL WILKINSON, and COUNTY OF TEHAMA [Docket #21] came on for hearing before this Court, Daniel Malakauskas appearing for Plaintiffs and Christian Curtis appearing for Defendants.  After consideration of the briefs and arguments of counsel, and all other matters presented to the Court,

Case 2:11-cv-03401-JAM-JFM   Document 30   Filed 05/18/12   Page 2 of 2

IT IS HEREBY ORDERED that Defendants' Amended Motion to Dismiss is granted. Plaintiffs' Complaint [Docket #1] is dismissed. Plaintiffs are granted leave to amend. Any amended complaint shall be filed within 30 days, and Defendants shall have 30 days to respond thereto.

IT IS SO ORDERED,

Dated: May 17, 2012                                         /s/ John A. Mendez                    
                                                            JOHN A. MENDEZ
                                                            United States District Judge

2

**ORDER DISMISSING COMPLAINT AND GRANTING LEAVE TO AMEND**
2:11-cv-03401-JAM-JFM