RUSSELL S. HUMPHREY, SBN 208744
Humphrey Law Group
1420 S. Mills Ave., Suite H
Lodi, CA 95242
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: russell@humphreylawgroup.net
Attorney for Plaintiff, Barbara Costa, et al.

FILED
JUN 0 1 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BARBARA A. COSTA, guardian ad litem for EMILY ROSE COSTA, and WILLIAM JOSEPH COSTA, son and daughter of WILLIAM JOSEPH COSTA, deceased.

Plaintiff,

v.

TEHAMA COUNTY, TEHAMA COUNTY SHERIFF'S DEPARTMENT, ST. ELIZABETH COMMUNITY HOPSITAL, et al.,

Defendants.

Case No. 2:11-cv-03401-JAM-JFM

REQUEST FOR LEAVE OF COURT EXTENDING TIME TO FILE AMENDED COMPLAINT; DECLARATION OF RUSSELL S. HUMPHREY AND [PROPOSED ORDER]

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Request is hereby made of this court in the above captioned matter that the deadline for plaintiff to file an amended complaint be extended two weeks up to and including June 15, 2012.

This request will be based on the attached declaration in support of the request and the court's file.

Dated: 5-31-12

/s/ Russell S. Humphrey
RUSSELL S. HUMPHREY

Request and Order for Leave of Court
Extending Time to File Amended Complaint        1

**ORDER**

IT IS SO ORDERED that plaintiffs shall have until June 15, 2012 in which to file an amended complaint.

Date: 6-1-2012

_____
JUDGE JOHN A. MENDEZ

RUSSELL S. HUMPHREY, SBN 208744
Humphrey Law Group
1420 S. Mills Ave., Suite H
Lodi, CA 95242
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: russell@humphreylawgroup.net
Attorney for Plaintiff, Barbara Costa, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. COSTA, guardian ad litem for EMILY ROSE COSTA, and WILLIAM JOSEPH COSTA, son and daughter of WILLIAM JOSEPH COSTA, deceased.<br><br>Plaintiff,<br><br>v.<br><br>TEHAMA COUNTY, TEHAMA COUNTY SHERIFF'S DEPARTMENT, ST. ELIZABETH COMMUNITY HOPSITAL, et al.,<br>Defendants. | Case No. 2:11-cv-03401-JAM-JFM<br><br>DECLARATION OF RUSSELL S. HUMPHREY IN SUPPORT OF REQUEST FOR LEAVE OF COURT EXTENDING TIME TO FILE AMENDED COMPLAINT |

I, RUSSELL S. HUMPHREY, declare as follows:

1. I am an attorney duly licensed to practice law within the State of California. In addition, I am licensed to practice in the United States Federal Court, Eastern District of California.

2. I am the attorney of record for plaintiffs in the matter of Costa v. Tehama County, et al.

3. On May 2, 2012, the court heard defendant's motion to dismiss the matter pursuant to Federal Rules of Civil Procedure 12(b)(6). After argument, the court granted defendant's motion to dismiss and gave the plaintiff 30 days leave to amend their complaint.

4. Since the court granted leave to amend, I have experienced significant personal hardship that has made it virtually impossible for me to comply with the deadline imposed by the court.

5. On May 14, 2012, my wife suffered a severe back injury that has caused her to be unable to walk. I have a two-year old son and a four-year old daughter. Since my wife's injury, I have had to care for her as well as my children on a regular basis.

6. As of the date of this declaration, my wife is confined to a wheelchair and our house. I still must care for her and my children on a regular basis. I have tried to manage my law firm at the same time I am taking care of my family. It has proved to be very difficult in that it is very time consuming caring for all of my household duties. It should be noted that I have very little if any family support in the area to help out during our recent time of need.

7. My wife has an additional doctor's appointment on Friday, June 1, 2012 for further treatment. We expect they will give her a cortisone shot at that time so she may be able to get around better.

8. In addition to all of the above, on May 11, 2012, my office sent a Public Records Request to the County of Tehama requesting several documents that may help to fill in some of the gaps from the past complaint. As of the date of this declaration, the County has not responded to our Public Records Request. It is virtually impossible to file an appropriate complaint without the information from the County of Tehama.

9. I have discussed the above matters with defense counsel. Defense counsel indicated they would get back to me regarding their agreement for an extension of time on Friday, June 1, 2012. I bring this motion before the court now so that if we must file a complaint on June 1, 2012, we will be able to do so.

1 | I declare under penalty of perjury under the laws of the State of California that the
2 | foregoing is true and correct.
3 | Dated: 5-31-12                    /s/ Russell S. Humphrey
4 |                                    RUSSELL S. HUMPHREY

Request and Order for Leave of Court
Extending Time to File Amended Complaint          3