RUSSELL S. HUMPHREY (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
Telephone: 209-625-8976
Facsimile:  209-625-8673
Email: russell@humphreylawgroup.net
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA COSTA, guardian ad litem for EMILY ROSE COSTA, and WILLIAM JOSEPH COSTA, JR., son and daughter of WILLIAM JOSEPH COSTA, deceased..**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TEHAMA COUNTY, TEHAMA COUNTY SHERIFF'S DEPARTMENT, ST. ELIZABETH COMMUNITY HOSPITAL, et al.,**<br><br>**Defendants.** | No.  2:11-cv-03401-JAM-JFM<br><br>**REQUEST FOR DISMISSAL ORDER**<br><br>**Complaint Filed:  12/21/11** |

Plaintiffs, by and through their designated counsel, requests this court issue an order dismissing the above-entitled action without prejudice in its entirety.

_____
REQUEST FOR DISMISSAL          2:11-cv003401-JAM-JFM

DATED:   August 2, 2012

By _____
RUSSELL S. HUMPHREY

**ORDER**

IT IS SO ORDERED:

DATED: 8/3/2012        /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ