RUSSELL S. HUMPHREY (SBN 208744)
Humphrey Law Group
1420 S. Mills Avenue, Suite H
Lodi, CA  95242
Telephone: 209-625-8976
Facsimile:  209-625-8673
Email: russell@humphreylawgroup.net
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARBARA COSTA, guardian ad litem for EMILY ROSE COSTA, and WILLIAM JOSEPH COSTA, JR., son and daughter of WILLIAM JOSEPH COSTA, deceased..** )<br><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>)<br>vs. | No.  2:11-cv-03401-JAM-JFM<br><br>**REQUEST FOR DISMISSAL ORDER**<br><br>**Complaint Filed:  12/21/11** |

vs.

**TEHAMA COUNTY, TEHAMA COUNTY SHERIFF'S DEPARTMENT, ST. ELIZABETH COMMUNITY HOSPITAL, et al.,**

                                  **Defendants.**

_____

        Plaintiffs, by and through their designated counsel, requests this court issue an order

dismissing the above-entitled action without prejudice in its entirety.

1

2

3    DATED:   August 2, 2012

4                                                        By _____
                                                              RUSSELL S. HUMPHREY
5
                                                    **ORDER**
6    IT IS SO ORDERED:

7    DATED: 8/3/2012                            /s/ John A. Mendez_____
                                                    HONORABLE JOHN A. MENDEZ
8

9

10

11

12

13

14

15
        . .                                                                                        .
16

17

18

19

20

21

22

23

24

25

26

27